HOUGHTON v. STARR, 4 Wend. 175.

### Dismissal of Writ of Error.

In this case, the defendant brought a writ of error for several defects in the record.   1. The verdict was defective ; the damages found by the jury exceeding the damages laid in the declaration.   2. The judgment was entered for the damages and costs only in an action of debt, thus giving damages and costs, where no debt was found.   3. The judgment was general against the defendant instead of special, by exempting him from imprisonment, after a plea of an insolvent discharge confessed by plaintiff ; but

The Court of Errors dismissed the writ of error, with costs, on the ground that the party might have obtained relief in the court below, if he had sought it there :

And this, although it was shown that after the entry of the judgment, and before the suing out of the writ of error, the defendant below applied to the Supreme Court to set aside the proceedings of the plaintiff for irregularity ; but it did not appear that he had asked for a correction of the specific error, relied on for a reversal of the judgment.